```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

            MAR 1 3 2017

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-cr-00014-JAD-PAL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Preliminary Order of Forfeiture |
| | ) | |
| PAUL MICHAEL MARCINIAK, | ) | |
| | ) | |
| Defendant. | ) | |

This Court finds that defendant Paul Michael Marciniak pled guilty to Count One of a One-Count Criminal Information charging him with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Paul Michael Marciniak agreed to the imposition of the in personam criminal forfeiture money judgment of $1,650,000 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between all codefendants is not to exceed $3,300,000. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 1341 and 1343, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1349,

1    conspiracy to commit such offenses and (2) any real or personal property constituting, derived

2    from, or traceable to the gross proceeds obtained directly or indirectly as a result of violations of

3    Title 18, United States Code, Sections 1341 and 1343, or of Title 18, United States Code, Section

4    1349, conspiracy to commit such offenses, and is subject to forfeiture pursuant to Title 18,

5    United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c);

6    Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section

7    853(p).

8         This Court finds that Paul Michael Marciniak shall pay an in personam criminal

9    forfeiture money judgment of $1,650,000 to the United States of America, pursuant to Fed. R.

10   Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28,

11   United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and

12   Title 21, United States Code, Section 853(p).

13        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

14   United States recover from Paul Michael Marciniak an in personam criminal forfeiture money

15   judgment of $1,650,000.

16        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies

17   of this Order to all counsel of record and three certified copies to the United States Attorney's

18   Office, Attention Asset Forfeiture Unit.

19        DATED this 13th day of _____ March _____, 2017.

20

21

22                            UNITED STATES DISTRICT JUDGE

23

24

25

26