THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ, ERICSSON & GAFFNEY, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Paul Michael Marciniak*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL MARCINIAK,<br><br>Defendant. | CASE NO.: 2:17-cr-00014-JAD-PAL<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by Defendant Paul Michael Marciniak, by and through his attorney, Thomas A. Ericsson, Esq., and the United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Daniel Cowhig, Assistant United States Attorney, that the status conference currently scheduled for August 28, 2017, at the hour of 9:30 a.m., be vacated and continued for two (2) weeks, to a date and time that is convenient to this Honorable Court. The request for a continuance is based upon the following:

1. Thomas Ericsson, counsel for Defendant Paul Marciniak, is currently involved in a capital murder trial in the Eighth Judicial District Court of Nevada (State of Nevada v. John Valerio, 87C077268), which conflicts with the time set for the status conference.

2. Defense counsel also requires additional time to consult with Defendant Marciniak about the progress he has made in resolving his outstanding cases.

3. Defense counsel has spoken to Assistant United States Attorney Daniel Cowhig, and the Government has no objection to the continuance.

Page 1

4. Defense counsel has not spoken to Mr. Marciniak, who is not in custody, about the continuance.

5. The additional time requested herein is not sought for the purposes of undue delay.

6. This is the first stipulation to continue the status conference filed herein.

7. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED: August 25, 2017.

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas A. Ericsson* | */s/ Daniel Cowhig* |
| Thomas A. Ericsson, Esq. | Daniel Cowhig |
| Oronoz, Ericsson & Gaffney, LLC | Assistant United States Attorney |
| 1050 Indigo Dr., Suite 120 | District of Nevada |
| Las Vegas, Nevada 89145 | 501 Las Vegas Blvd. South, Suite 1100 |
| Attorney for Defendant Marciniak | Las Vegas, Nevada, 89101 |
| | Attorney for the United States of America |

ORONOZ, ERICSSON & GAFFNEY
LLC
1050 Indigo Drive, Suite 120 • Las Vegas, Nevada 89101
Telephone (702) 878-2889   Facsimile (702) 522-1542

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL MARCINIAK,<br><br>Defendant. | CASE NO.:   2:17-cr-00014-JAD-PAL<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Thomas Ericsson, counsel for Defendant Paul Marciniak, is currently involved in a capital murder trial in the Eighth Judicial District Court of Nevada (State of Nevada v. John Valerio, 87C077268), which conflicts with the time set for the status conference.

2. Defense counsel also requires additional time to consult with Defendant Marciniak about the progress he has made in resolving his outstanding cases.

3. Defense counsel has spoken to Assistant United States Attorney Daniel Cowhig, and the Government has no objection to the continuance.

4. Defense counsel has not spoken to Mr. Marciniak, who is not in custody, about the continuance.

5. The additional time requested herein is not sought for the purposes of undue delay.

6. This is the first stipulation to continue the status conference filed herein.

7. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

/ / /

/ / /

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the status conference as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice, taking into account the exercise of due diligence.

## **ORDER**

IT IS THEREFORE ORDERED that the status conference in this matter scheduled for August 28, 2017, be vacated and continued to September 11, 2017, at 9:30 a.m.

DATED this 25th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE