THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Paul Michael Marciniak*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL MARCINIAK,<br><br>Defendant. | CASE NO.: 2:17-cr-00014-JAD-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(FIFTH REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by Defendant Paul Michael Marciniak, by and through his attorney, Thomas A. Ericsson, Esq., and the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, that the sentencing hearing currently scheduled for September 17, 2019, at the hour of 2:00 p.m., be vacated and continued for at least three weeks to a date and time that is convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Defense Counsel is working on a mitigation issue related to sentencing and requires additional time to address the issue before sentencing.

2. Mr. Marciniak is currently in custody, and he does not object to the continuance.

3. Counsel for Mr. Marciniak has spoken with AUSA Daniel Cowhig, and the Government agrees to the continuance.

4. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

5. The additional time requested herein is not sought for the purposes of undue delay.

6. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED: September 12, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas A. Ericsson* | */s/ Daniel Cowhig* |
| Thomas A. Ericsson, Esq. | Daniel Cowhig |
| Oronoz & Ericsson, LLC | Assistant United States Attorney |
| 1050 Indigo Dr., Suite 120 | District of Nevada |
| Las Vegas, Nevada 89145 | 501 Las Vegas Blvd. South, Suite 1100 |
| Attorney for Defendant Marciniak | Las Vegas, Nevada, 89101 |
| | Attorney for the United States of America |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL MARCINIAK,<br><br>　　　　　Defendant. | CASE NO.:　2:17-cr-00014-JAD-BNW<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense Counsel is working on a mitigation issue related to sentencing and requires additional time to address the issue before sentencing.

2. Mr. Marciniak is currently in custody, and he does not object to the continuance.

3. Counsel for Mr. Marciniak has spoken with AUSA Daniel Cowhig, and the Government agrees to the continuance.

4. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

5. The additional time requested herein is not sought for the purposes of undue delay.

6. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the sentencing hearing as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant

the opportunity to appear for his sentencing hearing, taking into account the exercise of due diligence.

## **ORDER**

IT IS THEREFORE ORDERED that the Sentencing date in this matter scheduled for September 17, 2019, be vacated and continued to October 7, 2019, at 10:00 a.m.

DATED: 9/13/2019

_____
UNITED STATES DISTRICT JUDGE