THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Paul Michael Marciniak*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL MARCINIAK,<br><br>Defendant. | CASE NO.:    2:17-cr-00014-JAD-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(SIXTH REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by Defendant Paul Michael Marciniak, by and through his attorney, Thomas A. Ericsson, Esq., and the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, that the sentencing hearing currently scheduled for October 7, 2019, at the hour of 10:00 a.m., be vacated and continued for at least sixty (60) days to a date and time that is convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Defense Counsel is continuing to work on a mitigation issue related to sentencing that must be resolved before sentencing.

2. Mr. Marciniak is currently in custody, and he does not object to the continuance.

3. Counsel for Mr. Marciniak has spoken with AUSA Daniel Cowhig, and the Government agrees to the continuance.

4. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

1

5. The additional time requested herein is not sought for the purposes of undue delay.

2

6. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

3

4

DATED: October 2, 2019

5

Respectfully submitted,

6

7

/s/ Thomas A. Ericsson                /s/ Daniel Cowhig               
Thomas A. Ericsson, Esq.             Daniel Cowhig

8

Oronoz & Ericsson, LLC               Assistant United States Attorney
1050 Indigo Dr., Suite 120            District of Nevada

9

Las Vegas, Nevada 89145              501 Las Vegas Blvd. South, Suite 1100
Attorney for Defendant Marciniak    Las Vegas, Nevada, 89101

10

Attorney for the United States of America

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PAUL MICHAEL MARCINIAK,

        Defendant.

CASE NO.:   2:17-cr-00014-JAD-BNW

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense Counsel is continuing to work on a mitigation issue related to sentencing that must be resolved before sentencing.

2. Mr. Marciniak is currently in custody, and he does not object to the continuance.

3. Counsel for Mr. Marciniak has spoken with AUSA Daniel Cowhig, and the Government agrees to the continuance.

4. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

5. The additional time requested herein is not sought for the purposes of undue delay.

6. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the sentencing hearing as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant

the opportunity to appear for his sentencing hearing, taking into account the exercise of due diligence.

## **ORDER**

IT IS THEREFORE ORDERED that the Sentencing date in this matter scheduled for October 7, 2019, be vacated and continued to December 30, 2019, at the hour of 10:00 a.m.

DATED: 10/3/2019

_____
UNITED STATES DISTRICT JUDGE